**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

January 30, 2008

FILED
2008 FEB -4 PM 12: 41

General Court Number
SOUTHERN 415.522.2000 CALIFORNIA

BY ____RM____ DEPUTY

United States District Court-Southern District of California (San Diego)
880 Front Street
San Diego, CA 92101

'08 CV 0235 BTM POR

RE: CV 08-00042 JSW   Q. DIAZ GATES-NGUYEN-v-S.J. CARROLL

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

| | |
|---|---|
| ☒ | Certified copy of docket entries. |
| ☒ | Certified copy of Transferral Order. |
| ☒ | Original case file documents. |
| ☐ | Please access the electronic case file for additional pleadings you may need. See the attached instructions for details. |

2254 ____   1983 ✓
**FILING FEE PAID**
Yes ____   No ✓
**IFP MOTION FILED**
Yes ✓   No ____
**COPIES SENT TO**
Court ✓   ProSe ____

Please acknowledge receipt of the above documents on the attached copy of this letter.

              Sincerely,
              RICHARD W. WIEKING, Clerk

              by: Hilary D. Jackson
              Case Systems Administrator

Enclosures
Copies to counsel of record

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
                    Deputy Clerk
Date 1/30/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q. GATES DIAZ NGUYEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S. J. CARROLL, et al,<br><br>　　　　Defendants. | No. C 08-0042 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Docket No. 2) |

　　　Plaintiff, a prisoner of the State of California, currently incarcerated at the R. J. Donovan Correctional Facility in San Diego, California has filed this a prisoner of the State of California, currently incarcerated at the R. J. Donovan Correctional Facility in "legal malpractice false imprisonment action" against the San Diego Public Defender and the Alternate Defender's Office, regarding conflicts of interest during their representation of Plaintiff and others. San Diego County is located within the venue of the United States District Court for the Southern District of California.

　　　When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court sua sponte where the defendant has not yet

filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986).

Plaintiff complains about his legal representation by an attorney in San Diego County, within the venue of the Southern District of California. *See* 28 U.S.C. § 84. Therefore, the Court will transfer this action to the United States District Court for the Southern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Southern District of California. In light of the transfer, the Court will not resolve Petitioner's pending motion to proceed *in forma pauperis* (docket no. 2). The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: January 29, 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Q. DIAZ GATES-NGUYEN et al, | Case Number: CV08-00042 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| S.J.CARROLL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

N. Garrucha
T94013
446 Alta Road #7775738
San Diego, CA 92158-1219

Q. Gates Diaz Nguyen
446 Alta Road #7775738
S.D., CA 92158-1219

Dated: January 29, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
Deputy Clerk
Date 1/30/08

CLOSED, ProSe

## U.S. District Court
### California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00042-JSW
### Internal Use Only

Nguyen et al v. Carroll
Assigned to: Hon. Jeffrey S. White
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/04/2008
Date Terminated: 01/29/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Q. Gates Diaz Nguyen

represented by Q. Gates Diaz Nguyen
446 Alta Road #7775738
S.D., CA 92158-1219
PRO SE

**Plaintiff**

N. Garrucha

represented by N. Garrucha
T94013
446 Alta Road #7775738
San Diego, CA 92158-1219
PRO SE

V.

**Defendant**

S.J. Carroll

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2008 | 1 | COMPLAINT against S.J. Carroll (Filing fee $ 350-ifpp). Filed byQ. Gates Diaz Nguyen, N. Garrucha. (hdj, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/08/2008) |
| 01/04/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Q. Gates Diaz Nguyen, N. Garrucha. (hdj, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/08/2008) |
| 01/04/2008 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (hdj, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/08/2008) |
| 01/04/2008 | 4 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (hdj, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/08/2008) |
| 01/29/2008 | 5 | ORDER OF TRANSFER. Signed by Judge Jeffey S. White on 1/29/08. (jjo, COURT STAFF) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 01/29/2008 | 6 | (Court only) ***Civil Case Terminated. (hdj, COURT STAFF) (Filed on 1/29/2008) (hdj, COURT STAFF). (Entered: 01/30/2008) |

U.S. District Court, Judge Henderson
450 Golden Gate Avenue
S.F., CA 94102-3483

Diaz, Gates, et al., Plaintiffs,

vs.

S.J. Carroll, et al., Defendants.

E-Filing

FILED 08 JAN -4 AM 10:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 08 0042

Case # JSW

Class Action Complaint - Legal Malpractice False Imprisonment: PI/PD/WO (23) **(PR)**

**(A) Jurisdiction:** Many of the Plaintiff Class and Defendants are in this District as well as many witnesses and N3-Research and Development (RAD) TARS Systems (28 U.S.C. §1343 A)

**(B) Parties:** Plaintiffs in CDCR prisons and County Jails had been represented in court by the Public Defenders (PD) who committ Legal Malpractice when they would NOT allow the Plaintiff Class to obtain a Private Conflict Counsel (PCC) upon claimed conflicts.

**(C) Causes of Actions:** The attorneys of PD S.J. Carroll (1974 USD) and Alternate PD (APD) have represented Plaintiffs as Criminal Case Defendants (CCD). Despite good faith assertion of Conflict of Interest (COI) the PD and APD attorneys prevented reassignment of Defense Counsel. (Leversen v. Superior Court, 1983, 34 C3d 530; Aleves v. Superior Court, 1996, 51 CA 4th 584)

**(D) Administrative Relief:** Plaintiffs have: verbally requested; processed Marsden Motions; complained to Judges but the PD and APD have denied Plaintiffs' right to competent counsel.

**(E) Request for Relief:** The Plaintiffs request the Honorable Judge to order Defendants: ① To pay damages of $3-million per Plaintiff; ② To pay Punitive Damages of $12-million per Plaintiff Class; ③ To allow Phase-3 TARS data subpoena; ④ To proceed via Magistrate Judge (28 U.S.C. §636 (c)(1)); and ⑤ To follow and obey any orders deemed fit and proper since the legal malpractice partially caused the preventable wildfires in 2007.

Q. Diaz

| PLO, et al. (Reviewers) | Rosen, LLP (Reviewers) | Mr. Q. Diaz (Agent) AB-226 | (Federal Reviewer) |
|---|---|---|---|
| Attn: Donald Specter | Attn: Anne Mania | Attn: N. Garrucha Legal Mail | Attn: Fred Fielding |
| PLO General Delivery | Box 390 Law Firm | 446 Alta Road # 7775738 | 1600 Pennsylvania Avenue |
| San Quentin, CA 94964 | S.F., CA 94104-1219 | San Diego, CA 92158-1219 | Washington, DC 20500 |

U.S. District Court, Judge Henderson
450 Golden Gate Avenue
S.F., CA 94102-3483

DIAZ, GATES, ET AL,     PLAINTIFFS,

vs.

S.J. CARROLL, ET AL,     DEFENDANTS.

CASE #

CLASS ACTION COMPLAINT - LEGAL MALPRACTICE FALSE IMPRISONMENT: PI/PD/WD (23)

(A) TO: HONORABLE U.S. DISTRICT COURT CLERK

THE FOLLOWING PERSONS ARE PLAINTIFF CLASS MEMBERS OF THE ENCLOSED COMPLAINT:

| Q. DIAZ GATES-NGUYEN<br>ATTN: N. GARRUCHA #7775738<br>446 ALTA 5300 LEGAL MAIL<br>S.D., CA 92158-1219 | MELINDA GATES<br>ATTN: ROSEN, LLP<br>BOX 390 LAW FIRM<br>S.F., CA 94104-1219 | WILLIAM GATES<br>ATTN: PRISON LAW OFFICE<br>PLO GENERAL DELIVERY<br>SAN QUENTIN, CA 94964 |
|---|---|---|
| N.G. GARRUCHA-GALLEGO<br>ATTN: PRISON LAW OFFICE<br>PLO GENERAL DELIVERY<br>SAN QUENTIN, CA 94964 | PENELOPE COOPER<br>ATTN: PLO PRESIDENT<br>PLO GENERAL DELIVERY<br>SAN QUENTIN, CA 94964 | LOU G. GALLEGO<br>ATTN: LAW ADMINISTRATOR<br>106 CHUCHUIKO DRIVE<br>DEDEDO, GU 96932 |
| N.G. GATES-GALLEGO<br>ATTN: MIC 96932 LAW<br>BOX 5510<br>AGANA, GU 96932 | KENNETH HENRIE<br>ATTN: NM DEFENSE TEAM<br>501 SOUTH MAIN #700<br>LAS CRUCES, NM 88001 | GALILEE GATES<br>ATTN: VET BILL<br>BOX 911 MIG-COO<br>LA JOLLA, CA 92037 |
| KARIN WINNER<br>ATTN: LEGAL COUNSEL<br>BOX 120191<br>S.D., CA 92112-9790 | JAMES CASINO<br>ATTN: MIC-RETT<br>299 - 17TH STREET<br>S.D., CA 92101 | BRAD PEUGEOT<br>ATTN: V64978 LEGAL MAIL<br>BOX 799002<br>S.D., CA 92179-9002 |

(B) WHEREAS MANY THOUSANDS OF HOMES WERE LOST IN WILDFIRES DUE TO LEGAL MALPRACTICE, THE CLASS ACTION AGENTS WILL SEND UPDATES OF CLASS MEMBERS WEEKLY.

*Q. Diaz Gates Nguyen*

MR. Q. DIAZ GATES-NGUYEN
ATTN: N. GARRUCHA T94013
446 ALTA ROAD # 777573 B
S.D., CA 92158-1219 LEGAL MAIL

6

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing    FILED

C 08    0042

08 JAN -4 AM 10:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW    (PR)

Dear Sir or Madam:

Your complaint has been filed as civil case number _____

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ___ the In Forma Pauperis Application you submitted is insufficient because:

   ___ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ___ Your In Forma Pauperis Application was not completed in its entirety.

   ___ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ___ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
                Deputy Clerk

rev. 10/25/07

NOEL GALLEGO GARRUCHA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JSW**

E-Filing   08 JAN -4 AM 10: 29

Dear Sir or Madam:

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 08 0042 (PR)

Your complaint has been filed as civil case number _____.

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 10/25/07

D. DIAZ GATES NGUYEN

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Q. Gates Diaz Nguyen, et al

**DEFENDANTS**

S. J. Carroll

*[Stamps: FILING FEE PAID: No; IFP MOTION FILED: Yes; COPIES SENT TO: Court, Prose]*

*[FILED 2008 FEB -6 PM 12: 41 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY]*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Q. Gates Diaz Nguyen
446 Alta Road
San Diego, CA 92158
7775738

**ATTORNEYS (IF KNOWN)**

'08 CV 0235 BTM POR

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☒ 5 Transferred from another district (specify) NORTHERN CA   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $ _____    Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE _____    Docket Number _____

DATE    2/4/2008        SIGNATURE OF ATTORNEY OF RECORD    *[signature: R. Miller]*