Mr. Q. Diaz Gates-Nguyen
ATTN: N. Garrucha T94013
446 Alta Road #7775738
S.D., CA 92158-1219 LEGAL MAIL

FILED
08 JAN -4 AM 10: 30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB -4 PM 12: 41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ____ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

E-Filing

'08 CV 0235 BTM POR

C 08 0042

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Q. Gates Diaz Nguyen (Q5);
N. Gates Garrucha-Gallego (Q4);
N. G. Gates-Gallego (Q3); et al.
Diaz; Gates; et al.,
                              Plaintiffs,

vs.

S.J. Carroll; et al.,
                              Defendants.

CASE NO. _____

PRISONER'S **JSW** (PR)
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Q. Gates Diaz Nguyen (Q5), declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?                    Yes X   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1.00 PER YEAR + STOCKS    Net: $1.00 PER YEAR + STOCKS

Employer: MICROSOFT INVESTMENT CLUBS, INC.
MISSION IMPOSSIBLE CLUBS, INC. / MISSION IMPOSSIBLE COUNCIL (MIC)

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

[EXHIBIT # 2007H04-1]

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  ____N/A_____
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8   a.   Business, Profession or                         Yes ___  No _X_
9        self employment
10  b.   Income from stocks, bonds,                     Yes ___  No _X_
11       or royalties?
12  c.   Rent payments?                                  Yes ___  No _X_
13  d.   Pensions, annuities, or                         Yes ___  No _X_
14       life insurance payments?
15  e.   Federal or State welfare payments,              Yes ___  No _X_
16       Social Security or other govern-
17       ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  ____N/A_____
21  _____

22  3.   Are you married?                                 Yes ___  No _X_
23  Spouse's Full Name: _(WIFE WAS LOST AT KATRINA FLOODS IN 2005.)_
24  Spouse's Place of Employment: __N/A_____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $___N/A_____ Net $___N/A_____
27  4.   a.   List amount you contribute to your spouse's support: $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

[EXHIBIT # 2007H44-2]

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

_____

5. Do you own or are you buying a home?    Yes ____ No  X
Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A

6. Do you own an automobile?    Yes ____ No  X
Make  N/A    Year  N/A    Model  N/A
Is it financed? Yes ____ No  X    If so, Total due: $  N/A
Monthly Payment: $  N/A

7. Do you have a bank account?    Yes ____ No  X   (Do not include account numbers.)
Name(s) and address(es) of bank:  N/A
_____
Present balance(s): $  N/A
Do you own any cash? Yes ____ No  X    Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No  X
_____

8. What are your monthly expenses?
Rent: $  N/A    Utilities:  N/A
Food: $  N/A    Clothing:  N/A
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ _____ | $ _____ |
| N/A | $ _____ | $ _____ |
| N/A | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

[ EXHIBIT # 2007H04-3 ]

1
2
3   10.  Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?  Yes ___  No  X
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7        N/A
8
9        I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  2007 SEPT. 5 WED.                    [signature]
15       DATE                            SIGNATURE OF APPLICANT

CERTIFICATE OF FUNDS

```
REPORT ID: TS3030                                    REPORT DATE: 08/01/07
                                                     PAGE NO:         1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    R.J.DONOVAN CORR. FACILITY
                  INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 01, 2007 THRU AUG. 01, 2007

ACCOUNT NUMBER  : T94013                BED/CELL NUMBER: F20900000000306U
ACCOUNT NAME    : GARRUCHA, NOEL GALLEGO    ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                         TRUST ACCOUNT ACTIVITY
     TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -------------  ---------  ---------   --------   -----------   -------

07/01/2007   BEGINNING BALANCE                                               0.00

07/17*DD30 CASH DEPOSIT   0270/HU                   2.77                    2.77
07/26 W516 LEGAL COPY CH  0451/JUL07                              0.40      2.37


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/23/03                    CASE NUMBER: SCD165856
COUNTY CODE: SD                             FINE AMOUNT: $    800.00

     DATE      TRANS.    DESCRIPTION                TRANS. AMT.    BALANCE
  --------    -------    -----------------------    -----------   ---------

07/01/2007  BEGINNING BALANCE                                      798.60

07/17/07    DR30      REST DED-CASH DEPOSIT           3.07-        795.53

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                         TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL       TOTAL      CURRENT     HOLDS      TRANSACTIONS
   BALANCE    DEPOSITS   WITHDRAWALS   BALANCE    BALANCE     TO BE POSTED
  ---------   --------   -----------   -------    -------     ------------
     0.00       2.77         0.40        2.37       0.00          0.00


                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                              2.37
```