FILED
FEB - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

E-Filing

08CV0235 BTM (POR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 08 0042 JSW (PR)

DIAZ, GATES, ET AL.,
            Plaintiff,
    vs.
CARROLL, NAIMAN, ET AL.,
            Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Q. DIAZ GATES-NGUYEN, declare, under penalty of perjury that I am ONE OF the plaintiffs in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief. OUR PLAINTIFFS ARE STUDENTS SURVIVING ON RESEARCH GRANTS.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✱  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1.00 PER YEAR          Net: $1.00 PER YEAR + STOCK OPTIONS

Employer: MICROSOFT INVESTMENT CLUBS INC    MISSION IMPOSSIBLE COUNCIL (MIC)
1 MICROSOFT WAY, REDMOND, WA 98052          402 WEST BROADWAY #400
BOX 911, LA JOLLA, CA 92037                 S.D., CA 92101-0121

REGISTERED 2002 W/ CA
SECRETARY OF STATE

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _N/A_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.    Business, Profession or                    Yes ___ No X
10          self employment
11    b.    Income from stocks, bonds,                 Yes ___ No X
12          or royalties?
13    c.    Rent payments?                             Yes ___ No X
14    d.    Pensions, annuities, or                    Yes ___ No X
15          life insurance payments?
16    e.    Federal or State welfare payments,         Yes ___ No X
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _N/A_____
22  _____
23  3.    Are you married?                             Yes X No ___
24  Spouse's Full Name: _WIFE WAS LOST AT 2005 KATRINAS FLOODS, HER BODY ON DEEP_
25  Spouse's Place of Employment: _FREEZE AS ONE PROOF WE WERE THERE WHILE MY_
                                   _TWIN BROTHER WAS AT CDCR FACILITY_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $___N/A_____   Net $___N/A_____
28  4.    a.    List amount you contribute to your spouse's support: $ _N/A_____

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5      N/A
6
7  5.    Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
9  6.    Do you own an automobile?    Yes ___ No _X_
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes _N/A_ No _N/A_ If so, Total due: $ __N/A__
12 Monthly Payment: $ __N/A__
13 7.    Do you have a bank account? Yes ___ No _✱_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15
16 Present balance(s): $ __N/A__
17 Do you own any cash? Yes ___ No _✱_ Amount: $ __N/A__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _✱_
20 __N/A__
21 8.    What are your monthly expenses?
22 Rent: $ __N/A__ Utilities: __N/A__
23 Food: $ __N/A__ Clothing: __N/A__
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
| N/A | $ | $ |
| N/A | $ | $ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3      N/A
4  _____

5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No ✱
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9      N/A
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   2007 Nov. 20          QQGD for TWN N. GARRUCHA-GALLEGO
17     DATE                          SIGNATURE OF APPLICANT

1
2                                              Case Number: __C08-0042 JSW__
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                             **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of __Q. DIAZ GATES-NGUYEN__ for the last six months
14 __GEORGE BAILEY DETENTION FACILITY__ [prisoner name] where (s)he is confined (BOOKED AS GARRUCHO, N.G.)
   [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
   (1990 JAN. 1 TO 2007 NOV. 20)
16 most recent 6-month period were $ __3.39__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ __3.39__ .
18
19 Dated: __2007 NOV. 20__            __C MARTHSH   MARTINEZ__
                                         [Authorized officer of the institution]
20
21                3.39
22           6 )20.36
23              18
                 23
24              18
                 56
25              54
26              20
27
28