

Case: 3:08cv235

N  Garrucha T-94013
77757-38
446 Alta Road
San Diego, CA 92158

------------------------------------------------------------